UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6200

JULIUS LAWRENCE-BEY,

Plaintiff - Appellant,

versus

HARRELL WATTS; HARLEY G. LAPPIN; MARGARET C.
HAMBRICK; J.E. GUNJA; GARY I. REYNOLDS; ROBERT
CENDO; THAO NGUYEN; JOSEPH BROOKS; B. KATTA;
A. ZAYAS; J. FAJARDO; C. MENDOZA; Y. APONTE-
RENFRO; A. BLANKENSHIP; PRAKASH KARANVIR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-1753-AM)

Submitted: May 20, 2003          Decided: May 30, 2003

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julius Lawrence-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Julius Lawrence-Bey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lawrence-Bey v. Watts, No. CA-02-1753-AM (E.D. Va. filed Jan. 6, 2003, and entered Jan. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED